UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| In the matter of: | Case No. 06-12066-BAB |
| DAVID E. SPARKS JR. and | |
| SHERRY A. SPARKS, | Chapter 7 |
| | |
| | Judge BETH A. BUCHANAN |

NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in amount of $874.37 represents the total sum of unclaimed and small dividends in the estate and is paid to the court pursuant to 11 U.S.C Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim Number** | **Amount of Dividend** |
|---|---|---|
| Citibank ( South Dakota ) N.A.<br>POB 182149<br>Columbus, OH 43218 | 2 | $874.37 |

Date:  August 23, 2011

/s/  Richard D. Nelson_____
Richard D. Nelson, Trustee
250 E. Fifth Street, Suite 1200
Cincinnati, OH 45202
Phone:  513-333-5255
Email: ricknelson@ctks.com